| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Charles H. Samel (SBN 182019) |
| 2 | 633 West Fifth Street, Suite 4000 |
|   | Los Angeles, California 90071-2007 |
| 3 | Telephone:    (213) 485-1234 |
|   | Facsimile:    (213) 891-8763 |
| 4 | Email: charles.samel@lw.com |
| 5 | Attorneys for Defendants |
|   | ATI Technologies ULC and |
| 6 | Advanced Micro Devices, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE MIZRAHI, individually and on behalf of all others similarly situated, | Case No. C-06-07808 JSW |
| | **CLASS ACTION** |
| Plaintiff, | |
| | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER** |
| v. | |
| NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC., | |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

      Plaintiff Elie Mizrahi ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

      1.      On December 20, 2006, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 42 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3. On December 8, 2006, plaintiffs in some of the other actions pending in this district filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). The JPML Motion is currently pending in *In re Graphics Processing Units Antitrust Litigation,* MDL Docket No. 1826.

4. On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer. No party has opposed consolidation and transfer.

5. Oral argument on the JPML Motion is scheduled for March 29, 2007 in San Antonio, Texas. The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

6. In light of these facts, Plaintiff and Defendants stipulated on December 22, 2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7. Given the March 29, 2007 hearing date before the JPML, the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines entered on December 20, 2006 (the "December 20 Order"), including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to pass either before or at about the same time the JPML acts on the pending motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1701289.1

2

Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-06-07808 JSW

1  8. Continuing the dates set forth in the December 20 Order would avoid the
2  expenditure of unnecessary judicial resources until it is determined whether this action will
3  remain pending in this Court. It would also ensure consistency in pretrial rulings and be
4  convenient for the parties, including Plaintiff.

5  9. Accordingly, the parties hereby stipulate to and respectfully request that
6  the Court order a continuance of the dates set forth in the December 20 Order. The affected
7  dates include (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR
8  process selection, and discovery plan (currently April 6, 2007); (2) file joint ADR documents
9  (currently April 6, 2007); (3) complete initial disclosures and file the Case Management
10 Statement and Rule 26(f) Report (currently April 20, 2007); and (4) the Initial Case Management
11 Conference (currently April 27, 2007).

12 10. The parties request that the Court continue the above referenced schedule
13 as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR
14 process selection, and discovery plan – June 8, 2007; (2) file joint ADR documents – June 8,
15 2007; (3) complete initial disclosures and file the Case Management Statement and Rule 26(f)
16 Report – June 22, 2007; and (4) the Initial Case Management Conference – June 29, 2007 at 1:30
17 p.m. Such a continuance will allow this matter to move forward promptly in the event that the
18 JPML Motion is denied and further proceedings before this Court are necessary.

19 11. Except as described in Paragraph 6, the parties have sought no previous
20 modification of the timing of any event or deadline set by the Court.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LATHAM&WATKINS<sup>LLP</sup>  LA\1701289.1
ATTORNEYS AT LAW
LOS ANGELES

3  Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-06-07808 JSW

12. The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

Respectfully submitted,

Dated: March 26, 2007

LATHAM & WATKINS LLP

By: /s/ Charles H. Samel
    Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

| | |
|---|---|
| Dated: March 26, 2007<br>COOLEY GODWARD KRONISH LLP | Dated: March 26, 2007<br>SCHUBERT & REED LLP |
| By: /s/ James Donato<br>    James Donato (146140) | By: /s/ Aaron H. Darsky<br>    Aaron H. Darsky (212229) |
| Attorneys for Defendant<br>NVIDIA CORPORATION | Attorneys for Plaintiff<br>ELIE MIZRAHI |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1701289.1

4

Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-06-07808 JSW

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 26, 2007

By:    /s/ Charles H. Samel
        Charles H. Samel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1701289.1

5

Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-06-07808 JSW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the December 20, 2006 Order Setting Initial Case Management Conference and ADR Deadlines are hereby continued as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan will be June 8, 2007; (2) the deadline to file joint ADR documents will be June 8, 2007; (3) the deadline to complete initial disclosures and file the Case Management Statement and Rule 26(f) Report will be June 22, 2007; and (4) the Initial Case Management Conference will be on June 29, 2007 at 1:30 p.m. The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: April 3, 2007

_____
The Honorable Jeffrey S. White